# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130379(61)

JOANNE ROWLAND, a/k/a
JOAN ROWLAND,
            Plaintiff-Appellee,

v

WASHTENAW COUNTY ROAD
COMMISSION,
            Defendant-Appellant.

_____

SC:    130379
CoA:  253210
Washtenaw CC: 03-000128-NO

On order of the Chief Justice, the motion by the circuit judge in *Brown* v *Manistee Road Commission* for leave to file a brief *amicus curiae* in this case is considered and it is DENIED. *Michigan ex rel Oakland Prosecutor* v *Beckwith*, 465 Mich 877 (2001).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2006

_____
Clerk